UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOIS DRIVER, KEITH DEDMON,
and SEAN KEAREY                                                                                    PLAINTIFFS

vs.                                                    Case No. 13-4074

D. MOSLEY TRUCKING, INC.,
RAMON R. COLON,
STEEL DYNAMICS, INC. and
NEW MILLENNIUM BUILDING SYSTEMS                                                 DEFENDANTS

**ORDER**

Before the Court is a Motion to be Relieved as Counsel filed by Defendants' attorneys, Robert Henry and Carter Fairley. (ECF No. 25). Mr. Henry and Mr. Fairley seek to withdraw themselves as attorney of record for Defendants. Defendants will continue to be represented in this matter by their remaining attorneys of record, Kirk Willis and Jeffrey Martin, who were recently admitted *pro hac vice*.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Mr. Henry and Mr. Fairley are hereby relieved as attorney of record for Defendants.

**IT IS SO ORDERED**, this 31st day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge