IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOIS DRIVER, *et al*                                                                                    PLAINTIFFS

vs.                                          Case No. 4:13-cv-04074

D. MOSLEY TRUCKING, INC. *et al.*                                                           DEFENDANTS

## ORDER

**BEFORE** the Court is the Defendant D. Mosley Trucking Inc. and Ramon R. Colon's Motion to Quash and Motion for Protective Order.  ECF. No. 29.   Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey referred the Motion to Quash and Motion for Protective Order to the undersigned for decision.  With this Motion, Defendant D. Mosley Trucking Inc. and Ramon R. Colon seek to quash the deposition of non-party witness Wanda Denise McCauley which has been noticed for February 6, 2014.  The Motion was filed February 3, 2014 and the parties have not been provided the opportunity to respond. Given that there appears to be no emergency in taking this deposition, the deposition of Wanda Denise McCauley is hereby stayed until further order of this Court.  Parties wishing to respond to this Motion shall do so by February 20, 2014.

    **IT IS SO ORDERED**

    **DATED** this **4th day of February, 2014.**

                                                    /s/ Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  U.S. MAGISTRATE JUDGE