IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOIS DRIVER, et al                                                                                           PLAINTIFFS

VS.                                         CASE NO. 4:13-CV-4074

D. MOSLEY TRUCKING, INC.,
et al                                                                                                       DEFENDANTS

## ORDER

      Before the Court are Motions to Substitute Counsel filed on behalf of Plaintiffs Keith Dedmon and Sean Kearney.  (ECF Nos. 30-31).  Plaintiffs' counsel of record, John C. Riedel, is not longer associated with the firm of Tatum, Tatum, & Riedel.  Accordingly, Plaintiffs move the Court to substitute Marcus Vaden as their counsel of record in place of John Riedel.  Upon consideration, the Court finds that the motions should be and hereby are **GRANTED**.  Marcus Vaden, of Tatum, Tatum & Vaden, Post Office Box 669, Danville, Arkansas 72833, is hereby substituted as counsel of record for Plaintiffs Keith Dedmon and Sean Kearney in this action.  Plaintiffs continue to be represented by their additional counsel of record, Tom Tatum, Sr.

      IT IS SO ORDERED, this 7th day of February, 2014.

                                                                    /s/ Susan O. Hickey
                                                                    Susan O. Hickey
                                                                    United States District Judge