IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOIS DRIVER et al.                                                                           PLAINTIFFS

vs.                                      Civil No. 4:13-cv-04074

D. MOSLEY TRUCKING, INC. et al.                                              DEFENDANTS

## ORDER

Before the Court is Defendants' Joint Motion to Quash Deposition Notice of Greg Jones, M.D. ECF No. 99. Plaintiff has responded to this Motion. ECF No. 101. The deposition of Dr. Jones was scheduled for July 9, 2014. ECF No. 99. The Court has contacted counsel for the Parties, and the deposition was conducted on July 9, 2014. Accordingly, this Motion (ECF No. 99) is **DENIED AS MOOT.**

**ENTERED this 15th day of July 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1