IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOIS DRIVER, et al                                                     PLAINTIFFS

VS.                              CASE NO. 4:13-cv-4074

D. MOSLEY TRUCKING, INC.,
et al                                                          DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed on behalf of Separate Defendant Steel Dynamics, Inc. ("SDI").  (ECF No. 124).  SDI states that Plaintiffs' Second Amended Complaint fails to allege any wrongful conduct on the part of SDI, and therefore Plaintiffs have failed to state a claim against SDI upon which relief can be granted.  Plaintiffs have not filed a response to the motion, and the time to do so has passed.  The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Plaintiffs' claims against SDI are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 29th day of October, 2014.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge