IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOIS DRIVER, et al                                                                                    PLAINTIFFS

VS.                                         CASE NO. 4:13-cv-4074

D. MOSLEY TRUCKING, INC.,
et al                                                                                                DEFENDANTS

## ORDER

  Before the Court is a Motion to Complete Independent Medical Examination filed on behalf of Defendants. (ECF Nos. 141-142). Defendants ask that the Court intervene to compel Plaintiff Lois Driver to complete the independent neuropsychological medical examination that was ordered by this Court. Specifically, Defendants state that Plaintiff failed to complete the "MMPI" personality inventory administered by Dr. Gary Souheaver on October 8, 2014. Plaintiffs Lois Driver and Robert Driver have filed a response to the motion. (ECF No. 144). A hearing on the motion was held on October 27, 2014. The Court finds this matter ripe for consideration.

  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff Lois Driver is hereby ordered to return to Dr. Gary Souheaver's testing facility on **November 10, 2014** to complete the MMPI. Plaintiff must also submit to being re-interviewed by Dr. Souheaver when she goes in for the MMPI.[1]

---

[1] Per the Court's previous Orders, Plaintiff's examination may not be videotaped. (ECF Nos. 105, 130, 137).

Dr. Souheaver's expert report is due on or before **November 20, 2014**.  Defendants' must file their rebuttal expert disclosures within **five days** of receiving Dr. Souheaver's report.[2]  All other deadlines, including the deadlines for discovery and filing dispositive motions, are unchanged and remain in effect at this time.

IT IS SO ORDERED, this 29th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[2] The rebuttal expert disclosure deadline is extended only as to experts whose opinions are related to Plaintiff's medical condition.