IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOIS DRIVER, et al                                                                                            PLAINTIFFS

VS.                                         CASE NO. 4:13-cv-4074

D. MOSLEY TRUCKING, INC.,
et al                                                                                                          DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss Cross-claim (ECF No. 237) filed on behalf of Defendants New Millennium Building Systems, L.L.C. and New Millennium Building Systems. Also before the Court are various stipulations of dismissal filed on behalf of the parties in this case. (ECF Nos. 240-241, 243-244). The Court will address each matter in turn.

Defendants New Millennium Building Systems, L.L.C. and New Millennium Building Systems move to dismiss their cross-claim for contribution (ECF No. 125) against Defendants D. Mosley Trucking, Inc. and Ramon Colon. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that the motion (ECF No. 237) should be and hereby is **GRANTED**. Defendants New Millennium Building Systems, L.L.C. and New Millennium Building Systems' cross-claim for contribution against Defendants D. Mosley Trucking, Inc. and Ramon Colon is hereby **DISMISSED WITH PREJUDICE**.

Plaintiffs Keith Dedmon and Sean Kearney and Defendants New Millennium Building Systems, L.L.C. and New Millennium Building Systems have filed a Joint Stipulation of Dismissal. (ECF No. 240). It has been reported to the Court that the within matter has been fully settled and compromised by these parties. Pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), Plaintiff Keith Dedmon and Sean Kearney's claims against Defendants New Millennium Building Systems, L.L.C. and New Millennium Building Systems are hereby **DISMISSED WITH PREJUDICE**.

Plaintiffs Keith Dedmon and Sean Kearney and Defendants D. Mosley Trucking, Inc. and Ramon R. Colon have filed a Joint Stipulation of Dismissal. (ECF No. 244). It has been reported to the Court that the within matter has been fully settled and compromised by these parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Keith Dedmon and Sean Kearney's claims against Defendants D. Mosley Trucking, Inc. and Ramon R. Colon are hereby **DISMISSED WITH PREJUDICE**.

Plaintiffs Lois Driver and Robert Driver and Defendants New Millennium Building Systems, L.L.C. and New Millennium Building Systems have filed a Joint Stipulation of Dismissal. (ECF No. 241). It has been reported to the Court that the within matter has been fully settled and compromised by these parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lois Driver and Robert Driver's claims against Defendants New Millennium Building Systems, L.L.C. and New Millennium Building Systems are hereby **DISMISSED WITH PREJUDICE**.

Plaintiffs Lois Driver and Robert Driver and Defendants D. Mosley Trucking, Inc. and Ramon R. Colon have filed a Joint Stipulation of Dismissal. (ECF No. 243). It has been reported to the Court that the within matter has been fully settled and compromised by these parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lois Driver and Robert Driver's claims against Defendants D. Mosley Trucking, Inc. and Ramon R. Colon are hereby **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of their settlement agreement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order.  The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 21st day of July, 2015.

/s/ Susan O. Hickey  
Susan O. Hickey  
United States District Judge